STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403


REHEARING ACTION: April 29, 2009


**Docket Number: 08   00452-CA**

**CIMAREX ENERGY CO., ET AL.**
**VERSUS**
**KATHERINE D. MAUBOULES, ET AL.**

**Appealed from Vermilion Parish Case No. 82679 - I**

**BEFORE JUDGES:**

  Hon. John D. Saunders
  Hon. Oswald A. Decuir
  Hon. Elizabeth A. Pickett

As counsel of record in the captioned case, you are hereby notified:


The application for rehearing filed by **Cimarex Energy Company and Ceniarth, LTD.**

has this day been

    **DENIED.**

The application for rehearing filed by **Palace Exploration Company** has this day been

    **DENIED.**
    Decuir, J., would grant.

The application for rehearing filed by **Orange River Royalties, LLP, et al.** has this day

been

    **DENIED.**

And, the Motion for Assessment of Attorney's Fees Incurred on Appeal filed by **Essex**

**Royalty Joint Venture, II** has this day been

    **DENIED.**


cc: Don Ray Beard, Counsel for the Appellant
    Michael Howard Landry, Counsel for the Appellee
    Cheryl Mollere Kornick, Counsel for the Appellant
    Joe Barrelle Norman, Counsel for the Appellant
    Collette Ross Gordon, Counsel for the Appellant
    Robert L. Cabes, Counsel for the Appellant
    Matthew R. Lynch, Counsel for the Appellant

G. William Jarman, Counsel for the Appellant
Linda Sarradet Akchin, Counsel for the Appellant
William Howard Collier, Counsel for Intervenor
Kerry Alan Kilburn, Counsel for the Appellee
Francis X. Neuner, Jr., Counsel for the Appellee
Jed Mestayer, Counsel for the Appellee
Homer Edward Barousse, Jr., Counsel for the Appellee
Margaret D. Swords, Counsel for the Appellee
Kyle M. Bacon, Counsel for the Appellee
Steven Bernard Rabalais, Counsel for the Appellee
Barry Louis Domingue, Counsel for Intervenor
J. Clemille Simon, Counsel for Intervenor
Randall Charles Songy, Amicus Counsel